WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

**SHAWN STEVENS,**                                     Case No. 1:12-cv-02141-BR

      Plaintiff,

vs.                                                                      ORDER

**COMMISSIONER of Social Security,**

      Defendant.

---

    Attorney fees in the amount of $10,816.40 and expenses in the amount of $42.15 are hereby

awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d), and costs in the

amount of $855.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the

Treasury Offset Program, payment shall be made via checks sent to Tim Wilborn's address: P.O. Box

370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has signed,

payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

    DATED this 13th day of December, 2016.

_____
United States District Court Judge

Submitted on December 12, 2016 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1